**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

YASEEN AYMEN SALIH,

Petitioner,

v.

WARDEN, CLINTON COUNTY CORRECTIONAL FACILITY,

Respondent.

No. 4:26-CV-01512

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 16th day of September 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Yaseen Aymen Salih's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED** in part, only as follows:

   Within **14 days** of the date of this Order, Respondent shall provide Salih with an individualized bond hearing before an immigration judge in accordance with *German Santos v. Warden Pike Cnty. Corr. Facility*, 965 F.3d 203 (3d Cir. 2020), at which the government bears the burden of proving Salih is a flight risk or danger to the community by clear and convincing evidence.

2. Respondent shall **CERTIFY COMPLIANCE** with paragraph 1 of this Order by filing a declaration pursuant to 28 U.S.C. § 1746 no later than two days after the date of the bond hearing.

3. Following receipt of the compliance certification, the Clerk of Court shall CLOSE this case.

4. Salih's motion to expedite proceedings (Doc. 2), motion for a temporary restraining order (Doc. 7), and motion for "expedited habeas relief," (Doc. 11), are **DISMISSED** as moot in light of the foregoing paragraphs.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge