**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

YASEEN AYMEN SALIH,

Petitioner,

v.

WARDEN, CLINTON COUNTY CORRECTIONAL FACILITY,

Respondent.

No. 4:26-CV-01512

(Chief Judge Brann)

**ORDER**

**AND NOW**, this 23rd day of October 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Petitioner Yaseen Aymen Salih's motion for reconsideration (Doc. 21) is **GRANTED**.

2. Salih's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **GRANTED** in part, as follows:

   Respondent shall **RELEASE** Salih from custody within 48 hours of the date and time this Order is placed on the docket, subject to the terms of supervision set forth in 8 U.S.C. § 1231(a)(3) and attendant regulations.

3. Respondent shall **CERTIFY COMPLIANCE** with paragraph 2 of this Order by filing a declaration pursuant to 28 U.S.C. § 1746 no later than three days after the date of this Order.

4. The federal respondents named in this case are **ENJOINED** from re-detaining Salih absent proof of violation of conditions of release or changed circumstances making his removal reasonably foreseeable. *See* 8 C.F.R. § 241.13(i).

5. Salih's motion "for expedited disposition of pending reconsideration based on the government's concession of incorrect detention authority" (Doc. 36) is **DISMISSED** as moot.

6. Following receipt of the compliance certification, the Clerk of Court shall CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge